Before STATE INDUSTRIAL BOARD, Respondent. EDWARD SILVERNAIL, Claimant, Respondent, v. UNION MILLS, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ISABEL R. SMITH, Claimant, Respondent, v. WILLIAM HENGERER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PAULINE GELB, Claimant, Respondent, v. MIZRACH WINE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOTTIE M. SLATER, Claimant, Respondent, v. NEW YORK AND PENNSYLVANIA COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARY K. THOMPSON, Claimant, Respondent, v. EASTERN MINES DEVELOPMENT COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. VARA ADAMOWITCH, Claimant, Respondent, v. NATIONAL FUR SKIN DRESSING CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK W. BRIELMEIER, Claimant, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Award reversed, with costs to the appellant against the State Industrial Board to abide the event, and claim remitted to the Board for further consideration, on the ground that there is no legal evidence to support the finding that the employer failed to provide medical treatment and care after request by claimant so to do or that it acquiesced in claimant's personal selection of a private physician. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM H. GUYON, Claimant, Respondent, v. STANDARD WALLPAPER COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN BRADY, Claimant, Respondent, v. THE FOUNDATION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MINNIE STEIN, Claimant, Respondent, v. TRANSOGRAM COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE NESTOR, Claimant, Respondent, v. P. J. DURCAN and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM MARZ, Claimant, Respondent, v. DOEHLER DIE CASTING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM H. HUGHES, Claim-